ARMANDO LOPEZ v. FASHION FOOTWEAR CO., INC.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R. R.

September 19, 1978. Petition for certification denied.

PHILIP H. KLINE v.
BROWN & SHARPE MANUFACTURING CO.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. PATSY RAGONESE, JR.

September 19, 1978. Petition for certification denied.

STANLEY STICKNA v. SIGMUND SCZYKNO.

September 19, 1978. Petition for certification denied.

IRVINGTON GENERAL HOSPITAL v. DEPARTMENT OF
HEALTH OF THE STATE OF NEW JERSEY.

September 19, 1978. Petition for certification denied.